# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 5 | **DATE** | 6/4/2008 |
| **CASE TITLE** | United States of America vs. Robin Rogers Vargo | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to the superseding indictment filed on 5/13/08. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Matthew Madden as counsel for the defendant. Enter order appointing Matthew Madden as counsel for defendant. By agreement of the parties, the defendant is released on a $50,000 own recognizance bond. Enter order setting conditions of release. Arraignment held. Defendant waives formal reading of the superseding indictment. Defendant enters plea of not guilty to all counts in the superseding indictment to which she is named. Rule 16.1 (a) conference to be held by 6/11/08. Pretrial motions are to be filed by 6/18/08. Response to pretrial motions are to be filed by 6/25/08. Reply do by 7/2/08. A status hearing is set before Judge Darrah on 7/9/08 at 9:45 a.m. Time is excluded from 6/4/08 to 7/9/08 at 9:45 a.m. pursuant to 18 U.S.C. §3161 (h)(1)(F), (X-E).

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|

Case 1:07-cr-00844 Document 57 Filed 06/04/2008 Page 1 of 1

07CR844 - 4 United States of America vs. Robert Rogers    Page 1 of 1