# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Vargo

FILED AT 6-4-08
JUN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER: ND IL

PERSON REPRESENTED (Show your full name): Robin Rogers Vargo

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: 07CR844-5
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

Mail fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Lashes By Robin
- IF YES, how much do you earn per month? $ 400
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 1000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 500

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $ 30,000 — Infiniti (making payments)
  - $ 550,000 — Condo (husband's name – for sale)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED)
- Total No. of Dependents: 2
- relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditor | Total Debt | Monthly Payt. |
|---|---|---|
| Mortgage (in arrears) | $ 550,000 | $ 4500 |
| Car payments | $ | $ 1000 |
| Bills | $ | $ 200 |
| Credit card debt | $ 80,000 | $ 1000 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/4/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)