# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844-5 | **DATE** | 6/19/08 |
| **CASE TITLE** | United States v. Robin Vargo | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for disclosure of evidence [65] is entered and continued to 6/26/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|