UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  07 CR 844-5 |
| | ) | |
| ROBIN ROGERS VARGO | ) | Judge John W. Darrah |

## GOVERNMENT RESPONSE TO DEFENDANT VARGO'S PRE-TRIAL MOTIONS

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits the following response to the pretrial motion filed by defendant VARGO requesting "immediate disclosure of exculpatory and favorable evidence."

The government is aware of its obligations under *Brady* and *Giglio* and will fully comply with its obligations in this regard. At this time, the government is not aware of any *Brady* material. With regard to impeachment evidence falling within the realm of *Giglio*, disclosure at this juncture would be premature, and there is clearly no requirement for production of impeachment material at this time. "As long as ultimate disclosure is made before it is too late for the defendants to make use of any benefits of the evidence, Due Process is satisfied." *United States v. Zipperstein*, 601 F.2d 281, 291 (7th Cir. 1979); *see also Kompare v. Stein*, 801 F.2d 883, 890 (7th Cir. 1986); *United States v. Williams*, 738 F.2d 173, 178-179 (7th Cir. 1984). Disclosure by the government of any known *Giglio* material to defendant at least 3 weeks prior to trial

will suffice to satisfy defendant's rights in this regard.  The defendant's motion for

immediate disclosure of *Giglio* material should be denied.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney


By:    s/Brian Hayes
**BRIAN HAYES**
Assistant U.S. Attorney
219 South Dearborn Street, 5th Fl.
Chicago, Illinois 60604
(312) 353-4307

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT RESPONSE TO DEFENDANT
<u>VARGO'S PRE-TRIAL MOTIONS</u>**

was served on **Tuesday, June 24, 2008,** in accordance with FED. R. CRIM. P. 49, FED. R. CIV.P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:     <u>s/Brian Hayes                    </u>
        **BRIAN HAYES**
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-4307