## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 5 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Robin Rogers Vargo | | |

**DOCKET ENTRY TEXT**

Motion by defendant Robin Rogers Vargo for disclosure of exculpatory and favorable evidence [63] is entered and continued to 8/20/08 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|